UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------x
MARCY ZEVON,                                     )
individually and on behalf of                    )
all others similarly situated,                   )
                                                 )
                        Plaintiff,               )    No. 12-cv-4970(CM)
                                                 )
         - against -                             )
                                                 )
DEPARTMENT STORES                                )
NATIONAL BANK,                                   )
                                                 )
                        Defendant.               )
-------------------------------------------------x
```

Notice of Withdrawal of Michael N. Litrownik

PLEASE TAKE NOTICE that Michael N. Litrownik hereby withdraws from this action as he is no longer associated with Bromberg Law Office, P.C. Brian L. Bromberg and Harley J. Schnall will continue to represent Plaintiff Marcy Zevon.

Dated: June 5, 2013                         Respectfully submitted,

                                            /s/ Michael N. Litrownik
                                            Michael N. Litrownik (ML1138)
                                            496 Hudson Street, Apt. 7
                                            New York, NY 10014
                                            Phone: (917) 573-8086
                                            Email: Mike.Litrownik@gmail.com

<u>Certificate of Service</u>

I hereby certify that on June 5, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of this Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: June 5, 2013

<u>/s/ Michael N. Litrownik</u>
Michael N. Litrownik (ML1138)
496 Hudson Street, Apt. 7
New York, NY 10014
Phone: (917) 573-8086
Email: Mike.Litrownik@gmail.com